E-FILED
Friday, 12 August, 2005  09:25:56 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES WOODS, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 04-1437 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## O R D E R

This matter is now before the court on Petitioner Charles Woods' Petition to Proceed In Forma Pauperis on Appeal [#15].

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In the case at bar, Woods' motion was timely only if the United States Supreme Court had made U.S. v. Booker, 125 S.Ct. 738 (2005), retroactive to cases on collateral review. Finding that the Supreme Court had made no such finding, and noting that the Seventh Circuit Court of Appeals has specifically foreclosed the possibility, McReynolds v. United States, 379 F.3d 479 (7th Cir. 2005), this court denied Petitioner's § 2255 claim as untimely. Because there can be no dispute about whether Booker has been made retroactive to cases on collateral review by the Supreme Court, the court finds that Woods' Petition to Proceed In Forma Pauperis on Appeal is frivolous. Accordingly, the Petition is DENIED.

ENTERED this 12th day of August, 2005.

                                                                  s/ Michael M. Mihm
                                                                   Michael M. Mihm
                                                          United States District Judge